PEOPLE ex rel. BUTTERWORTH, Appellant, v. BUILDERS' & CONTRACTORS' ASS'N OF NEW ROCHELLE, Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Proceedings by the people of the state of New York, on the relation of James R. Butterworth, against the Builders' & Contractors' Association of New Rochelle. No opinion. Order affirmed, with $10 costs and disbursements.